# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

CHARLES GREENAWALT, : No. 237 WAL 2020
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
v. :
:
:
STANLEY LAW OFFICES, LLP, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of February, 2021, the Petition for Allowance of Appeal is **DENIED**.